Anna Hsia (SBN 234179)
**ZWILLGEN LAW LLP**
235 Montgomery Street, Suite 425
San Francisco, CA 94111
Telephone: (415) 590-2341
Facsimile:  (415) 636-5965
anna@zwillgen.com

*Attorneys for Respondent*
**YAHOO! INC.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Application Pursuant to 28 U.S.C. § 1782 of RUSSELL KNAGGS,<br><br>Petitioner,<br><br>– to take discovery of –<br><br>YAHOO! INC.,<br><br>Respondent. | Case No. 5:15-mc-80281-PSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING TIME TO RESPOND TO APPLICATION FOR ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782**<br><br>Judge:  Magistrate Judge Paul Singh Grewal |

Respondent Yahoo! Inc. ("Yahoo" or "Respondent") and Petitioner Russell Knaggs ("Petitioner" or "Knaggs") hereby stipulate as follows:

WHEREAS, on November 16, 2015, Petitioner filed an Application and Memorandum of Law in support of his Application pursuant to 28 U.S.C. § 1782 ("Section 1782") seeking an Order directing Yahoo to produce the following Yahoo employees for deposition in Knaggs' appeal of his criminal conviction in the United Kingdom: (1) Sonja Durnin, Global Compliance Director of Yahoo! Inc; (2) Narayan Dash, Director of Engineering at Y! Communications; and (3) David Spriggs, Back-End Mail Principal Engineer of Yahoo! Inc.;

WHEREAS, the parties are exploring the possibility of resolving this matter without court intervention and agree that justification and good cause exist to extend the deadline for Yahoo to file any response to the Application for Order as follows:

1. Yahoo shall file any response to the Application for Order on or before December 11, 2015.

Dated: December 1, 2015

/s/ Anna Hsia
Anna Hsia (SBN 234179)
**ZWILLGEN LAW LLP**
235 Montgomery Street, Suite 425
San Francisco, CA 94111
Telephone: (415) 590-2341
Facsimile:  (415) 636-5965
anna@zwillgen.com

*Attorneys for Respondent*
**YAHOO! INC.**

/s/ Carlos X. Colorado
Carlos X. Colorado
**EAGAN AVENATTI LLP**
520 Newport Center Drive, Suite 1400
Newport Beach, CA 92660
Telephone: (949) 706-7000
Facsimile: (949) 706-7050
ccolorado@eaganavenatti.com

*Attorneys for Petitioner*
**RUSSELL KNAGGS**

**IT IS SO ORDERED.**

DATED: _____, 2015

_____
Paul Singh Grewal
UNITED STATES MAGISTRATE JUDGE

1  **ATTESTATION OF E-FILED SIGNATURE**

2  I, Anna Hsia, am the ECF User whose ID and password are being used to file this.

3  Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that Carlos X. Colorado has concurred in this

4  filing.

5

6                                           /s/ Anna Hsia
                                             Anna Hsia

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ZWILLGEN LAW LLP
235 MONTGOMERY STREET, SUITE 425
SAN FRANCISCO, CALIFORNIA 94111
(415) 590-2341

-3-
JOINT STIPULATION AND [PROPOSED] ORDER SETTING TIME TO            Case No. 5:15-mc-80281-PSG
RESPOND TO APPLICATION FOR DISCOVERY PURSUANT 28 U.S.C. § 1782

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2015, I electronically filed the foregoing **JOINT STIPULATION AND [PROPOSED] ORDER SETTING TIME TO RESPOND TO APPLICATION FOR ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Carlos X. Colorado
**EAGAN AVENATTI LLP**
520 Newport Center Drive, Suite 1400
Newport Beach, CA 92660
Telephone: (949) 706-7000
Facsimile: (949) 706-7050
ccolorado@eaganavenatti.com

/s/ Anna Hsia
Anna Hsia (SBN 234179)
ZWILLGEN LAW LLP
235 Montgomery Street, Suite 425
San Francisco, CA 94111
Telephone: (415) 590-2341
Facsimile:  (415) 636-5965
anna@zwillgen.com

*Attorney for Respondent*
**YAHOO! INC.**