Anna Hsia (SBN 234179)
**ZWILLGEN LAW LLP**
235 Montgomery Street, Suite 425
San Francisco, CA 94111
Telephone: (415) 590-2341
Facsimile:  (415) 636-5965
anna@zwillgen.com

*Attorney for Respondent*
**YAHOO! INC.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Application Pursuant to 28 U.S.C. § 1782 of RUSSELL KNAGGS,<br><br>Petitioner,<br><br>– to take discovery of –<br><br>YAHOO! INC.,<br><br>Respondent. | MISCELLANEOUS ACTION<br>Case No. 5:15-mc-80281-PSG<br><br>**YAHOO! INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Judge:  Magistrate Judge Paul Singh Grewal |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: December 1, 2015

/s/   Anna Hsia
Anna Hsia (SBN 234179)
**ZWILLGEN LAW LLP**
235 Montgomery Street, Suite 425
San Francisco, CA 94111
Telephone: (415) 590-2341
Facsimile:  (415) 636-5965
anna@zwillgen.com

*Attorney for Respondent*
**YAHOO! INC.**

-1-

YAHOO! INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Case No. 5:15-mc-80281-PSG

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2015, I electronically filed the foregoing **YAHOO! INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Carlos X. Colorado
**EAGAN AVENATTI LLP**
520 Newport Center Drive, Suite 1400
Newport Beach, CA 92660
Telephone: (949) 706-7000
Facsimile: (949) 706-7050
ccolorado@eaganavenatti.com

/s/ Anna Hsia
Anna Hsia (SBN 234179)
ZWILLGEN LAW LLP
235 Montgomery Street, Suite 425
San Francisco, CA 94111
Telephone: (415) 590-2341
Facsimile:  (415) 636-5965
anna@zwillgen.com

*Attorney for Respondent*
**YAHOO! INC.**