Anna Hsia (SBN 234179)
**ZWILLGEN LAW LLP**
235 Montgomery Street, Suite 425
San Francisco, CA 94104
Telephone: (415) 590-2341
Facsimile:  (415) 636-5965
anna@zwillgen.com

*Attorneys for Respondent*
**YAHOO! INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Application Pursuant to 28 U.S.C. § 1782 of RUSSELL KNAGGS, <br><br> Petitioner, <br><br> - to take discovery of - <br><br> YAHOO! INC., <br><br> Respondent. | Case No.:   5:15-mc-80281-PSG <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER ON PROVISIONAL AGREEMENT RE: 1782 DISCOVERY** <br><br> Judge:  Magistrate Judge Paul Singh Grewal |

Respondent Yahoo! Inc. ("Yahoo" or "Respondent") and Petitioner Russell Knaggs ("Petitioner" or "Knaggs") hereby stipulate as follows:

WHEREAS, on November 16, 2015, Petitioner filed an Application and Memorandum of Law in support of his Application pursuant to 28 U.S.C. § 1782 ("Section 1782") seeking an Order directing Yahoo to produce the following Yahoo employees for deposition in Knaggs' appeal of his criminal conviction in the United Kingdom: (1) Sonja Durnin, Global Compliance Director of Yahoo! Inc; (2) Narayan Dash, Director of Engineering at Y! Communications; and (3) David Spriggs, Back-End Mail Principal Engineer of Yahoo! Inc.;

WHEREAS, having conferred through their respective undersigned counsel, the parties desire to attempt to resolve this matter through a stipulated agreement before seeking the Court's intervention;

WHEREAS, contingent on the Court granting this stipulation, Yahoo has agreed to provide responses to a limited number of written interrogatories, not to exceed fifteen, on an expedited basis, not to exceed two weeks, in an effort to avert the need to litigate Mr. Knaggs' Section 1782 Petition;

NOW, THEREFORE, the parties, through their respective counsel of record, hereby stipulate and agree, and ask the Court to enter an Order as follows:

1. This stipulation, and the resulting discovery, is without prejudice to Mr. Knaggs ability to seek the relief sought in his petition and for Yahoo to oppose that relief.

2. All dates in connection with this matter, other than those specifically set forth below, shall be vacated indefinitely.

3. Petitioner is ordered to submit written interrogatories seeking the information he would have sought from the deposition witnesses to Yahoo by or on December 23, 2015.  Petitioner shall be limited to 15 individual interrogatory requests, including all discrete subparts.

4. Respondent is ordered to serve written responses to Petitioner's interrogatories by or on January 13.

5. Petitioner shall have 45 days from the date of service of Respondent's written

responses to file a motion to compel or seek other relief from the Court, including an order for the depositions originally requested.

6. Both parties reserve the right to seek to modify this Order for good cause shown.

Dated: December 11, 2015

EAGAN AVENATTI, LLP

By: /s/ Carlos X. Colorado
CARLOS X. COLORADO (SBN 231031)
Attorneys for Petitioner
RUSSELL KNAGGS

ZWILLGEN LAW LLP

By: /s/ Anna Hsia
ANNA HSIA (SBN 234179)
Attorneys for Respondent
YAHOO!, Inc.

IT IS SO ORDERED.

Dated: _____

_____
PAUL SINGH GREWAL
United States Magistrate Judge

**JOINT STIPULATION AND [PROPOSED] ORDER ON PROVISIONAL AGREEMENT RE: 1782 DISCOVERY**

## ATTESTATION OF E-FILED SIGNATURE

I, Anna Hsia, am the ECF User whose ID and password are being used to file this. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that Carlos X. Colorado has concurred in this filing.

                                                                 /s/ Anna Hsia  
                                                                    Anna Hsia

ZWILLGEN LAW LLP  
235 MONTGOMERY STREET, SUITE 425  
SAN FRANCISCO, CALIFORNIA 94104  
(415) 590-2341

# CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2015, I electronically filed the foregoing **JOINT STIPULATION AND [PROPOSED] ORDER ON PROVISIONAL AGREEMENT RE: 1782 DISCOVERY** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Carlos X. Colorado
**EAGAN AVENATTI LLP**
520 Newport Center Drive, Suite 1400
Newport Beach, CA 92660
Telephone: (949) 706-7000
Facsimile: (949) 706-7050
ccolorado@eaganavenatti.com

/s/ Anna Hsia
Anna Hsia (SBN 234179)
ZWILLGEN LAW LLP
235 Montgomery Street, Suite 425
San Francisco, CA 94104
Telephone: (415) 590-2341
Facsimile:  (415) 636-5965
anna@zwillgen.com

*Attorney for Respondent*
**YAHOO! INC.**