UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Application of RUSSELL KNAGGS,<br><br>                Petitioner,<br><br>   v.<br><br>YAHOO! INC.,<br><br>                Respondent. | Case No. 15-mc-80281-MEJ<br><br>**ORDER VACATING HEARING**<br><br>Re: Dkt. No. 13 |

    This matter is currently scheduled for a hearing on July 14, 2016 regarding Petitioner Russell Knagg's Motion to Compel. Dkt. No. 13. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument and hereby **VACATES** the July 14, 2016 hearing. The matter is deemed under submission.

    **IT IS SO ORDERED.**

Dated: July 8, 2016

                                          MARIA-ELENA JAMES<br>                                          United States Magistrate Judge