Anna Hsia (SBN 234179)
ZWILLGEN LAW LLP
235 Montgomery Street, Suite 425
San Francisco, CA 94104
Telephone: (415) 590-2341
Facsimile: (415) 636-5965
anna@zwillgen.com

Bart Huff (admitted *pro hac vice*)
ZWILLGEN PLLC
300 N. LaSalle Street, Suite 4925
Chicago, IL  60654
Telephone: (312) 685-2278

Nury Siekkinen (admitted *pro hac vice*)
ZWILLGEN PLLC
1900 M Street NW, Suite 250
Washington, DC  20036
Telephone: (202) 296-3585
nury@zwillgen.com

Attorneys for Respondent YAHOO INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Application Pursuant to 28 U.S.C. § 1782 of RUSSELL KNAGGS,<br><br>Petitioner,<br><br>- to take discovery of -<br><br>YAHOO INC.,<br><br>Respondent. | Case No.:   5:15-mc-80281-MEJ<br>Judge:       Honorable Maria-Elena James<br><br>**[PROPOSED] ORDER DENYING PETITIONER'S MOTION FOR ADMINISTRATIVE RELIEF** |

**ORDER**

Having considered Petitioner's Motion for Administrative Relief and Yahoo Inc.'s opposition, the Court orders as follows:

Petitioner's Motion for Administrative Relief is DENIED.

IT IS SO ORDERED.

Dated: _____

_____
MARIA-ELENA JAMES
United States Magistrate Judge